# STONE & WOODROW LLP

**Thatcher A. Stone**
thatcher@stoneandwoodrowlaw.com

**William T. Woodrow, III**
will@stoneandwoodrowlaw.com

Suite 201, Lewis & Clark Plaza
250 West Main Street
Charlottesville, Virginia 22902

main: 855.275.7378  |  fax: 646.873.7529

Mr. Fernando Galindo
Clerk of the Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

June 7, 2018

**RE: Smithers et al. v. Frontier Air Lines et al.**

Dear Mr. Galindo:

Please be advised that the Plaintiffs intend to seek a waiver of service. Thank you for your attention in this matter.

Cordially,

___/s/ William T. Woodrow III____
William T. Woodrow III