AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Anne Smithers, James Mims, Ross Wiley, Thomas Wiley, Henry Wiley by his mother and next friend Anne Smithers, Hanna Del Signore

*Plaintiff(s)*

v.

Frontier Air Lines Inc, and Aircraft Service International, Inc.

*Defendant(s)*

Civil Action No. 1:18-CV00676

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aircraft Service International Inc
C/O Corporation Service Company
100 Shockoe Slip
2nd Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William T Woodrow III
Stone 7 Woodrow LLP
250 West Main St, Ste 207
Charlottesville, VA 22902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*