# STONE & WOODROW LLP

**Thatcher A. Stone**
thatcher@stoneandwoodrowlaw.com

**William T. Woodrow, III**
will@stoneandwoodrowlaw.com

Suite 201, Lewis & Clark Plaza
250 West Main Street
Charlottesville, Virginia 22902

main: 855.275.7378  |  fax: 646.873.7529

Mr. Fernando Galindo
Clerk of the Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

July 13, 2018

RE:  Smithers et al. v. Frontier Air Lines et al.
      Civil Action No. 1:18-cv00676

Dear Mr. Galindo:

Please issue the attached summons to Aircraft Service International, Inc. In June, Plaintiffs requested a waiver of service from Defendant, whose registered agent received such via Fed Ex on June 13, 2018 at 10AM (Fed Ex 8079 3889 8955). It has now been one month with no reply, which has been a reasonable amount of time to provide. Thank you for your attention in this matter.

Cordially,

___/s/ William T. Woodrow III____
William T. Woodrow III

1