**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR ENTRY OF ORDER EXTENDING
THE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

Defendants Frontier Airlines, Inc. and Aircraft Services International, Inc., by and through the undersigned counsel, hereby moves this Court for the entry of an Order extending the time for Defendants to file their responsive pleading to the Complaint up to and including Monday, August 20, 2018.  Plaintiffs Anne Smithers, James Mims, Ross Wiley, Thomas Wiley, Henry Wiley By His Mother and Next Friend Anne Smithers, and Hanna Del Signore consent to the relief requested, as evidenced by counsel's signature below.

The Complaint was filed on June 7, 2018.  Undersigned counsel have only recently been retained as local counsel and request a two week extension in order to become knowledgeable of the facts and issues in this case.

WHEREFORE, Defendants respectfully request that this Court grant this Motion and enter an Order allowing Defendants Frontier Airlines, Inc. and Aircraft Services International, Inc up through and including August 20, 2018 to file their responsive pleadings.  A proposed Order accompanies this Consent Motion.

August 6, 2018                                   Respectfully submitted,

                                                        */S/ WILLIAM T. WOODROW*
William T. Woodrow, III, VSB 88122
Thatcher A. Stone (admitted *pro hace vice*)
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, VA 22902
(855) 275-7378 Telephone
(646) 873-7521 Facsimile
thatcher@stoneandwoodrowlaw.com
will@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB 23766
David E. Murphy, VSB 90938
CHARLSON BREDEHOFT
  COHEN & BROWN, P.C.
11260 Roger Bacon Drive, #201
Reston, VA 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
ebredehoft@cbcblaw.com
dmurphy@cbcblaw.com

Stephen J. Fearon
Bartholomew J. Banino
Allison M. Surcouf
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100 Telephone
(212) 370-4453 Facsimile
sfearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com

*Counsel for Defendants Frontier Airlines, Inc.
 and Aircraft Services International, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Thatcher A. Stone, Esq.
    William T. Woodrow, III, Esq.
    Stone & Woodrow LLP
    250 West Main Street, Suite 201
    Lewis & Clark Plaza
    Charlottesville, VA 22902
    (855) 275-7378 Telephone
    (646) 873-7521 Facsimile
    thatcher@stoneandwoodrowlaw.com
    will@stoneandwoodrowlaw.com
    *Counsel for Plaintiffs*


     */S/ ELAINE CHARLSON BREDEHOFT*
     Elaine Charlson Bredehoft, VSB 23766
     David E. Murphy, VSB 90938
     CHARLSON BREDEHOFT
      COHEN & BROWN, P.C.
     11260 Roger Bacon Drive, #201
     Reston, VA  20190
     (703) 318-6800 Telephone
     (703) 318-6808  Facsimile
     ebredehoft@cbcblaw.com
     dmurphy@cbcblaw.com

     *Counsel for Defendants Frontier Airlines, Inc.*
      *and Aircraft Services International, Inc.*