**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| ANNE SMITHERS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

**THIS MATTER COMES BEFORE THE COURT** on the Consent Motion filed by Defendants Frontier Airlines, Inc. and Aircraft Service International, Inc. (collectively, the "Defendants") requesting the entry of an Order extending the time for the Defendants to file their responsive pleadings to the Complaint filed by the Plaintiffs; and it is hereby

**ORDERED** that Consent Motion is **GRANTED**; and it is further

**ORDERED** that Defendants Frontier Airlines, Inc. and Aircraft Service International, Inc. shall have up through and including August 20, 2018 to file their responsive pleadings to the Complaint.

**SO ORDERED**.

ENTERED this ___ day of August 2018.

_____
The Honorable T.S. Ellis, III
United States District Court Judge