IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

FILED AUG 7 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

### ORDER

**THIS MATTER COMES BEFORE THE COURT** on the Consent Motion filed by Defendants Frontier Airlines, Inc. and Aircraft Service International, Inc. (collectively, the "Defendants") [Dkt. No. 10] requesting the entry of an Order extending the time for the Defendants to file their responsive pleadings to the Complaint filed by the Plaintiffs. For good cause shown, it is hereby

**ORDERED** that Consent Motion is **GRANTED**; and it is further

**ORDERED** that Defendants Frontier Airlines, Inc. and Aircraft Service International, Inc. shall have up through and including August 20, 2018, to file their responsive pleadings to the Complaint.

**SO ORDERED.**

ENTERED this 7th day of August 2018.

/s/
Ivan D. Davis
United States Magistrate Judge