AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Anne Smithers, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18cv676 (TSE/IDD) |
| Frontier Airlines, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Frontier Airlines, Inc. and Aircraft Services International, Inc.                                    .

Date:     08/07/2018

/S/ DAVID E. MURPHY
*Attorney's signature*

David E. Murphy, VSB 90938
*Printed name and bar number*

Charlson Bredehoft Cohen & Brown, PC
11260 Roger Bacon Drive, Suite 201
Reston, VA  20190
*Address*

dmurphy@cbcblaw.com
*E-mail address*

(703) 318-6800
*Telephone number*

(703) 318-6808
*FAX number*