# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| ANNE SMITHERS, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC., *et al.* | )<br>)<br>) |
| Defendants. | )<br>) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT
## FOR DEFENDANT FRONTIER AIRLINES, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification and recusal, Defendant Frontier Airlines, Inc. by and through its undersigned counsel, certifies that Frontier Airlines Holdings, Inc. owns 100% of Frontier Airlines, Inc., and no publicly held corporation owns any Frontier Airlines, Inc. stock. There are no parents, trusts, subsidiaries and/or affiliates of Frontier Airlines, Inc. that have issued shares or debt securities to the public.

August 10, 2018

Respectfully submitted,

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB No. 23766
Adam S. Nadelhaft, VSB No. 91717
David E. Murphy, VSB 90938
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
dmurphy@cbcblaw.com

Stephen J. Fearon (Admitted *pro hac vice*)
Bartholomew J. Banino
Allison M. Surcouf
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100 Telephone
(212) 370-4453 Facsimile
sfearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com

*Counsel for Defendants*
  *Frontier Airlines, Inc. and*
  *Aircraft Services International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>William T. Woodrow, III, Esq.
>Thatcher A. Stone, Esq.
>Stone & Woodrow LLP
>250 West Main Street, Suite 201
>Lewis & Clark Plaza
>Charlottesville, VA 22902
>(855) 275-7378 Telephone
>(646) 873-7521 Facsimile
>will@stoneandwoodrowlaw.com
>thatcher@stoneandwoodrowlaw.com
>*Counsel for Plaintiffs*

>*/S/ ELAINE CHARLSON BREDEHOFT*
>Elaine Charlson Bredehoft, VSB No. 23766
>Charlson Bredehoft Cohen & Brown, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, VA 20190
>(703) 318-6800 Telephone
>(703) 318-6808 Facsimile
>ebredehoft@cbcblaw.com
>*Counsel for Defendants*
>*Frontier Airlines, Inc. and*
>*Aircraft Services International, Inc.*