# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |
|---|---|
| ANNE SMITHERS, *et al.* | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | )  C.A. No. 1:18cv676 (TSE/IDD) |
|  | ) |
| FRONTIER AIRLINES, INC., *et al.* | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

### FINANCIAL INTEREST DISCLOSURE STATEMENT
### FOR DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification and recusal, Defendant Aircraft Service International, Inc., by and through its undersigned counsel, certifies that Aircraft Service International Group, Inc., the parent company of Defendant Aircraft Service International, Inc. is the only parent, trust, subsidiary and/or affiliate of Aircraft Service International, Inc. that has issued shares or debt securities to the public or owns more than ten percent of the stock of the Defendant Aircraft Service International, Inc. These companies are part of Menzies Aviation.

August 10, 2018

Respectfully submitted,

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB No. 23766
Adam S. Nadelhaft, VSB 91717
David E. Murphy, VSB 90938
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
dmurphy@cbcblaw.com

Stephen J. Fearon (Admitted *pro hac vice*)
Bartholomew J. Banino
Allison M. Surcouf
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100 Telephone
(212) 370-4453 Facsimile
sfearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com

*Counsel for Defendants*
 *Frontier Airlines, Inc. and*
 *Aircraft Services International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>William T. Woodrow, III, Esq.
>Thatcher A. Stone, Esq.
>Stone & Woodrow LLP
>250 West Main Street, Suite 201
>Lewis & Clark Plaza
>Charlottesville, VA 22902
>(855) 275-7378 Telephone
>(646) 873-7521 Facsimile
>will@stoneandwoodrowlaw.com
>thatcher@stoneandwoodrowlaw.com
>*Counsel for Plaintiffs*

>*/S/ ELAINE CHARLSON BREDEHOFT*
>Elaine Charlson Bredehoft, VSB No. 23766
>Charlson Bredehoft Cohen & Brown, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, VA 20190
>(703) 318-6800  Telephone
>(703) 318-6808  Facsimile
>ebredehoft@cbcblaw.com
>*Counsel for Defendants*
>*Frontier Airlines, Inc. and*
>*Aircraft Services International, Inc.*