AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Anne Smithers, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:18cv676 (TSE/IDD) |
| Frontier Airlines, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Frontier Airlines, Inc. and Aircraft Services International, Inc.

Date:   08/16/2018

/S/ ADAM S. NADELHAFT
*Attorney's signature*

Adam S. Nadelhaft, VSB 91717
*Printed name and bar number*

Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA  20190

*Address*

anadelhaft@cbcblaw.com
*E-mail address*

(703) 318-6800
*Telephone number*

(703) 318-6808
*FAX number*