**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

|  |  |  |
|---|---|---|
| ANNE SMITHERS, *et al.* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

THIS MATTER COMES BEFORE THE COURT upon the Motion of Defendants Frontier Airlines, Inc. and Aircraft Services International, Inc. for an Order dismissing the Complaint filed in this action by Plaintiffs Anne Smithers, James Mims, Ross Wiley, Thomas Wiley, Henry Wiley By His Mother and Next Friend Anne Smithers, and Hanna Del Signore, and upon consideration of the papers and argument submitted in this case, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that this action is hereby dismissed.

**SO ORDERED.**

ENTERED this _____ day of _____, 2018.

_____
The Honorable T. S. Ellis, III
United States District Judge