IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:18 cv 676**, Case Name **Smithers v. Frontier Airlines**
Party Represented by Applicant: **Aircraft Service International, Inc. and Frontier Airlines**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FILED AUG 20 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

FULL NAME (no initials, please) **Bartholomew James Banino**
Bar Identification Number **2906568**    State **New York**
Firm Name **Condon & Forsyth LLP**
Firm Phone # **212 894 6700**    Direct Dial # **212 894 6818**    FAX # **212 370 4453**
E-Mail Address **bbanino@condonlaw.com**
Office Mailing Address **7 Times Square, New York, New York 10036**

Name(s) of federal court(s) in which I have been admitted **S.D.N.Y., E.D.N.Y., 2nd Circuit, E.D. Mich., 11th Circuit, N.D. Ill.**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    **8-17-18** (Date)
**Elaine Charlson Bredehoft**    **23766**
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓ or Exemption Granted _____
The motion for admission is GRANTED ✓ or DENIED _____

(Judge's Signature)    **8/20/18** (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>William T. Woodrow, III, Esq.
>Thatcher A. Stone, Esq.
>Stone & Woodrow LLP
>250 West Main Street, Suite 201
>Lewis & Clark Plaza
>Charlottesville, VA 22902
>(855) 275-7378 Telephone
>(646) 873-7521 Facsimile
>will@stoneandwoodrowlaw.com
>thatcher@stoneandwoodrowlaw.com
>*Counsel for Plaintiffs*

>>/S/ ELAINE CHARLSON BREDEHOFT
>>Elaine Charlson Bredehoft, VSB No. 23766
>>Adam S. Nadelhaft, VSB 91717
>>David E. Murphy, VSB 90938
>>Charlson Bredehoft Cohen & Brown, P.C.
>>11260 Roger Bacon Drive, Suite 201
>>Reston, VA 20190
>>(703) 318-6800  Telephone
>>(703) 318-6808  Facsimile
>>ebredehoft@cbcblaw.com
>>anadelhaft@cbcblaw.com
>>dmurphy@cbcblaw.com

>>Stephen J. Fearon (Admitted *Pro Hac Vice*)
>>Condon & Forsyth LLP
>>7 Times Square
>>New York, NY 10036
>>(212) 490-9100  Telephone
>>(212) 370-4453  Facsimile
>>SFearon@condonlaw.com

>>*Counsel for Defendants*
>>  *Frontier Airlines, Inc. and*
>>  *Aircraft Services International, Inc*