**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| ANNE SMITHERS, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC., *et al.* | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS FRONTIER AIRLINES, INC.'S AND
AIRCRAFT SERVICES INTERNATIONAL, INC.'S
<u>MOTION TO DISMISS THE FIRST AMENDED COMPLAINT</u>**

Defendants Frontier Airlines, Inc. and Aircraft Services International, Inc., by counsel, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), hereby move this Court for an Order dismissing the First Amended Complaint filed in this action by Plaintiffs Anne Smithers, James Mims, Ross Wiley, Thomas Wiley, Henry Wiley By His Mother and Next Friend Anne Smithers, and Hanna Del Signore.

The grounds for this Motion are set forth in the accompanying Memorandum.

September 14, 2018            Respectfully submitted,

                                           *<u>/S/ ELAINE CHARLSON BREDEHOFT</u>*
                                           Elaine Charlson Bredehoft, VSB No. 23766
                                           Adam S. Nadelhaft, VSB 91717
                                           David E. Murphy, VSB 90938
                                           Charlson Bredehoft Cohen & Brown, P.C.
                                           11260 Roger Bacon Drive, Suite 201
                                           Reston, VA 20190
                                           (703) 318-6800  Telephone
                                           (703) 318-6808  Facsimile
                                           ebredehoft@cbcblaw.com
                                           anadelhaft@cbcblaw.com
                                           dmurphy@cbcblaw.com

>Stephen J. Fearon (Admitted *Pro Hac Vice*)
>Bartholomew J. Banino (Admitted *Pro Hac Vice*)
>Allison M. Surcouf (Admitted *Pro Hac Vice*)
>Condon & Forsyth LLP
>7 Times Square
>New York, NY 10036
>(212) 490-9100  Telephone
>(212) 370-4453  Facsimile
>SFearon@condonlaw.com
>bbanino@condonlaw.com
>asurcouf@condonlaw.com
>
>*Counsel for Defendants Frontier Airlines, Inc.*
>*and Aircraft Services International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>William T. Woodrow, III, Esq.
>Thatcher A. Stone, Esq.
>Stone & Woodrow LLP
>250 West Main Street, Suite 201
>Lewis & Clark Plaza
>Charlottesville, VA 22902
>(855) 275-7378 Telephone
>(646) 873-7521 Facsimile
>will@stoneandwoodrowlaw.com
>thatcher@stoneandwoodrowlaw.com
>*Counsel for Plaintiffs*

>*/S/ ELAINE CHARLSON BREDEHOFT*
>Elaine Charlson Bredehoft, VSB No. 23766
>Charlson Bredehoft Cohen & Brown, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, VA 20190
>(703) 318-6800  Telephone
>(703) 318-6808  Facsimile
>ebredehoft@cbcblaw.com
>*Counsel for Defendants*
>  *Frontier Airlines, Inc. and*
>  *Aircraft Services International, Inc.*