

July 15, 1996

**THIS LETTER WAS SENT TO THE U.S. AIR CARRIERS LISTED AT THE END OF THE LETTER.**

«name»
«title»
«company»
«address»
«moreaddress»
«city», «state» «zip»

Dear «salutation»

We are sending you and other airlines this letter to advise you of several of the more problematic practices we have noted in reviewing certain air carrier operations and their contracts of carriage and international tariff submissions and to seek your help in eliminating them.  It is our view that these kinds of practices violate 49 U.S.C. 41712, which prohibits unfair and deceptive practices and unfair methods of competition in the airline industry. This is to advise you that we will pursue enforcement action in the future if we determine that these kinds of practices continue to exist. Later this year after completing several additional carrier operational reviews, our Aviation Consumer Protection Division will be providing your airline with information on any other practices it finds that require correction and may exist with other carriers.

Our first area of concern involves choice-of-forum provisions in contracts of carriage and tariffs. Those provisions purport to designate the court or jurisdiction where any lawsuit against the carrier concerning the purchased air transportation must be brought. We have noted choice-of-forum provisions that purport to limit a passenger's right to sue to the courts of the one county, city, or state where the airline is headquartered. We view such provisions to be unlawful under 49 U.S.C. 41712 and, with respect to international transportation, they may also be unlawful under the Warsaw Convention. It is our view that for air transportation sold in the U.S., a passenger must be able to seek legal redress in any court of competent jurisdiction. Trying to force passengers to file what are generally small claims in courts that may be thousands of miles from their homes effectively deprives them unfairly of legal recourse. Such provisions are unconscionable and we will take immediate enforcement action to preclude their use.[1]

The second problem we wish to bring to your attention concerns passengers holding nonrefundable tickets or tickets that require the payment of a penalty for a change of flight time or travel date.  It is our understanding that at least one carrier has been applying its nonrefundability/penalty provisions in situations in which the change of flight time or travel date has been necessitated by carrier action or "an act of god", *e.g.*, where the carrier cancels a flight for weather or mechanical reasons. Imposing monetary penalties on passengers in these kinds of situations is grossly unfair and it violates 49 U.S.C. 41712, as would any contract of carriage or tariff provision mandating such a result. We will aggressively pursue any cases of this type that come to our attention.

We would appreciate your disseminating the information in this letter to appropriate officials in your company.  In addition we would ask that they conduct a review of your company's contract of carriage, tariffs, and internal procedures to ensure that the troublesome practices noted above do not exist in your operations. If you have any questions, please call Hoyte Decker, Director of our Aviation Consumer Protection Division, at (202) 366-5957 or Dayton Lehman, my deputy, at (202) 366-9349.

Sincerely,

/s/

Samuel Podberesky

Assistant General Counsel for

Aviation Enforcement and Proceedings

| name | title | company | address | moreaddress | city | state | zip | salutation |
|---|---|---|---|---|---|---|---|---|
| Mr. Geoffrey T. Crowley | President & CEO | Air Wisconsin Airlines Corp. | W6390 Challenger Dr., Suite 203 | | Appleton | WI | 54915 | Mr. Crowley |
| Mr. Robert Swenson | President | AirTran Airways, Inc. | 6280 Hazeltine National Dr. | Suite 100 | Orlando | FL | 32822 | Mr. Swenson |
| Mr. Izad Djahanshahi | President | Airways International | P.O. Box 1244 | | Miami Springs | FL | 33266-1244 | Mr. Djahansh |
| Mr. Steven G. Hamilton | V P-Legal and General Counsel | Alaska Airlines, Inc. | | P.O. Box 68900 | Seattle | WA | 98168 | Mr. Hamilton |
| Mr. Glenn R. Zander | President & CEO | Aloha Airlines, Inc. | PO Box 30028 | | Honolulu | HI | 96820 | Mr. Zander |
| Mr. Martin J. Whalen | Sr Vice President and General Counsel | America West Airlines, Inc. | 4000 East Sky Harbor Blvd. | | Phoenix | AZ | 85034 | Mr. Whal |
| Ms. Anne H. McNamara | Sr V P-Administration & General Counsel | American Airlines, Inc. | Mail Drop 5618 | Post Office Box 619616 | DFW Airport | TX | 75261-9616 | Ms. McNama |
| Mr. J. George Mikelsons | Chairman & CEO | American Trans Air, Inc. | 7337 W. Washington St. | | Indianapolis | IN | 46231 | Mr. Mikelson |
| Mr. Jonathan Batchelor | President | Arrow Air, Inc. | Box 026062 | Miami International Airport | Miami | FL | 33103 | Mr. Batchelor |
| Ms. Cheryl Grue | President | AV Atlantic | 1170 Lee Wagener Blvd., Suite 201 | | Ft. Lauderdale | FL | 33315 | Ms. Grue |
| Mr. John Catsimatidis | President | Capitol Air Express, Inc. | 823 Eleventh Ave. | | New York | NY | 10019 | Mr. Catsimati |
| Mr. Daniel Ratti | President | Carnival Air Lines, Inc. | 1815 Griffin Road, Suite 205 | | Dania | FL | 33004 | Mr. Ratti |
| Mr. Tod McClaskey | President | Casino Express Airlines | JC Harris Field | 803 Murray Way | Elko | NV | 89801 | Mr. McClaske |
| Mr. Jeffery Smisek | Vice President and General Counsel | Continental Airlines | 2929 Allen Parkway, Suite 2010 | | Houston | TX | 77019 | Mr. Smise |
| Mr. Robert S. Harkey | Sr V P, General Counsel, and Secretary | Delta Airlines, Inc. | | Hartsfield Atlanta International Airport | Atlanta | GA | 30320 | Mr. Harke |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mr. Donald Rhoads | General Manager | Eagle Airlines | 175 East Reno Ave., Suite C9 | | Las Vegas | NV | 89119 | Mr. Rhoads |
| Mr. Steven Davis | VP-Operations, Inc. | Eastwind Airlines | Trenton-Mercer Airport | Building 1 Scotch Rd. | W. Trenton | NJ | 08628 | Mr. Davis |
| Mr. Mel Spelde | President | Empire Airlines, Inc. | 11101 Airport Drive | | Hayden Lake | ID | 83835 | Mr. Spelde |
| Mr. Larry K. Lane | President | Evergreen International Airlines, Inc. | 3850 Three Mile Lane | | McMinnville | OR | 97128 | Mr. Lane |
| Mr. James Wikert | Chief Executive Officer | Express One International, Inc. | 3890 West NW Highway, #700 | | Dallas | TX | 75220 | Mr. Wikert |
| Mr. Sam Addoms | President & CFO | Frontier Airlines, Inc. | 12015 East 46th Ave. | | Denver | CO | 80239 | Mr. Addoms |
| Mr. Robert Stephan | President | Great American Airways | Box 10165 Reno-Cannon Int'l Airport | | Reno | NV | 89510 | Mr. Stephan |
| Mr. Bruce Nobles | Chairman & CEO | Hawaiian Airlines, Inc. | PO Box 30008 | | Honolulu | HI | 96820 | Mr. Nobles |
| Ms. John Kelly | Chairman, President & CEO | Horizon Air | PO Box 48309 | | Seattle | WA | 98148 | Mr. Kelly |
| Mr. David Clark | President | International Charter Xpress | 3800 Rodney Parham Rd. | | Little Rock | AR | 72212 | Mr. Clark |
| Mr. Jerry Murphy | President & CEO | KIWI International Airlines | Hemisphere Center | U.S. Route 1-9 South | Newark | NJ | 07114 | Mr. Murphy |
| Mr. Dennis Berry | Vice President- Customer Service | Mesa Airlines, Inc. | 2325 E. 30th Street | | Farmington | NM | 87401 | Mr. Berry |
| Mr. Robert Gould | President | MGM Grand Air, Inc. | 1500 Rosencrans Ave. | Suite 350 | Manhatten Beach | CA | 90266 | Mr. Gould |
| Mr. Ross Fischer | President | Miami Air International, Inc. | PO Box 660880 | | Miami Springs | FL | 33266-0880 | Mr. Fischer |
| Mr. John Selvaggio | President | Midway Airlines | 300 W. Morgan St. | | Durham | NC | 27701 | Mr. Selvaggio |
| Mr. Timothy E. Hoeksema | Chairman, President & CEO | Midwest Express Airlines, Inc. | 6744 S. Howell Ave. | | Oak Creek | WI | 53154 | Mr. Hoeksema |
| Mr. Daniel McKinnon | President | North American Airlines, Inc. | Building 75, JFK Int'l Airport | Suite 250 | Jamaica | NY | 11430 | Mr. McKinnon |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mr. Douglas M. Steenland | Sr V P, General Counsel, & Secretary | Northwest Airlines | 5101 Northwest Drive | | St. Paul | MN | 55111-3034 | Mr. Steenland |
| Mr. Clay Barnett | President | Presidential Air | 17422 Pullman St. | | Irvine | CA | 92714 | Mr. Barne |
| Mr. Richard Reeve | President | Reeve Aleutian Airways, Inc. | 4700 West International Airport Rd. | | Anchorage | AK | 99502 | Mr. Reeve |
| Mr. Robert Redding | President | Reno Air, Inc. | PO Box 30059 | | Reno | NV | 89520-3059 | Mr. Redding |
| Mr. Larry Sullivan | President | Renown Aviation, Inc. | 3940 Mitchell Road | | Santa Maria | CA | 93455 | Mr. Sulliv |
| Mr. William Meenan | President | Rich International Airways, Inc. | 5400 NW 36th St. | | Miami | FL | 33152 | Mr. Meen |
| Mr. Ron Ryan | President | Ryan International Airlines, Inc. | 6810 W. Kellogg | | Wichita | KS | 67209 | Mr. Ryan |
| Mr. Gregg Lukenbill | President | Sky King, Inc. | 3600 Power Inn Rd., Suite H | | Sacramento | CA | 95826 | Mr. Lukenbill |
| Mr. James Parker | Vice President and General Counsel | Southwest Airlines Co. | 2702 Love Field Drive | | Dallas | TX | 75235 | Mr. Parke |
| Mr. Robert P. Fleming | President & CEO | Sportsflight Airways, Inc. | 2285 E. Elvira Rd. | | Tucson | AZ | 85706 | Mr. Flemi |
| Mr. John Skiba | President | Sun Country Airlines, Inc. | 7701 26th Ave. South | | Minneapolis | MN | 55450 | Mr. Skiba |
| Mr. Tom Kolfenbach | President | Sun Jet International, Inc. | 4700 140th Ave. | Suite 106 | Clearwater | FL | 34622 | Mr. Kolfenba |
| Mr. Morris Nachtomi | Chairman & CEO | Tower Air, Inc. | Hangar 17 | JFK International Airport | Jamaica | NY | 11430 | Mr. Nachtomi |
| Mr. Lincoln Francis | President | Trans American Charter | 5923 South Central Ave. | | Chicago | IL | 60638 | Mr. Franc |
| Mr. Bill Mishk | VP-Marketing | Trans States Airlines | 9275 Genaire Dr. | | St. Louis | MO | 63134 | Mr. Mishk |
| Mr. Richard Magurno | Sr V P and General Counsel | Trans World Airlines, Inc. | One City Centre | 515 North Sixth Street | St. Louis | MO | 63101 | Mr. Magurno |
| Mr. Stuart Oran | Exec V P-Corp Affs & General Counsel | United Airlines, Inc. | P.O. Box 66100 | | Chicago | IL | 60666 | Mr. Oran |

| Mr. Lawrence M. Nagin | Exec V P & General Counsel | USAir, Inc. | Crystal Park Four | 2345 Crystal Drive | Arlington | VA | 22227 | Mr. Nagin |
| Mr. Lewis Jordan | President | ValuJet Airlines, Inc. | 1800 Phoenix Blvd. | Suite 126 | Atlanta | GA | 30349 | Mr. Jordan |
| Mr. Robert McAdoo | Chief Executive | Vanguard Airlines, Inc. | 30 NW Rome Circle | Terminal B Mezzanine Level | Kansas City | MO | 64153 | Mr. McAdoo |
| Mr. George Travis | President | Viscount Air Service, Inc. | 1000 E. Valencia Rd. | | Tucson | AZ | 85706 | Mr. Travis |
| Mr. Larry Risley | Chief Executive Officer | Westair, Inc. | 5570 Air Terminal Dr. | | Fresno | CA | 93727 | Mr. Risley |
| Mr. Edward R. Beauvais | Chairman, President & CEO | Western Pacific Airlines, Inc. | 2864 S. Circle Dr., Suite 1100 | | Colorado Springs | CO | 80906 | Mr. Beauvais |
| Mr. Charles W. Pollard | President | World Airways, Inc. | 13873 Park Center Rd., Suite 400 | | Herndon | VA | 22071 | Mr. Pollard |

[1] We do not object to reasonable choice of law provisions in contracts of carriage, such as those that designate the contract law of the state where the airline is headquartered as being applicable to airline-passenger contract disputes.