IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Anne Smithers, James Mims, Ross Wiley, Thomas Wiley, Henry Wiley by his Mother and next friend Anne Smithers, Hanna Del Signore, )<br><br>PLAINTIFFS, )<br>VS. )<br>Frontier Air Lines, Inc., and )<br>Aircraft Service International, Inc., )<br>DEFENDANTS. ) | Civil Action No.: 1:18cv676 (TSE/IDD)<br><br><br><br>MOTION TO CONDUCT PRE-TRIAL EVIDENTIARY HEARING ON PERSONAL JURISDICTION PURSUSANT TO F.R.Cv.P. 12 (i) – TO BE HEARD NOVEMBER 2, 2018 at 10:00AM WITH PREVIOUSLY NOTICED HEARING FOR DEFENDANTS' 12(b)(1) AND (2) MOTIONS TO DISMISS |

Plaintiffs through their counsel hereby move this honorable Court for a pre-trial evidentiary hearing on personal jurisdiction coincident with tomorrow's hearing on defendants' motions to dismiss, including one under F.R.Cv.P 12 (b)(2). This motion is made pursuant to F.R.Cv. P. 12 (i) which specifically allows this approach. Since all parties' counsel will be present in the Court on 2 November, this motion is most positively addressed now, rather than later, given expense savings for all parties and limited judicial resources. <u>Plaintiffs consulted with counsel to the Defendants who oppose this motion and requested additional discovery at a later time</u>.

The purpose of this request is to address the challenge in Defendants' motion that the tickets purchased by the Plaintiffs were not purchased in Virginia, since there is no direct averment of that fact. Leaving aside the Court's discretion to infer where the tickets were

purchased[1], Plaintiff would like to have the individual who purchased the tickets give evidence to the Court. Tomorrow. Which is when the defendants' motion to dismiss under 12 (b)(2) is to be addressed before the Court.

Accordingly Plaintiffs respectfully request that this motion be granted in order to produce one witness, tomorrow, to adduce pre-trial jurisdictional evidence.


Respectfully submitted,

STONE & WOODROW LLP
Counsel for Plaintiffs
250 West Main Street
Lewis & Clark Plaza
Suite 201
Charlottesville, Virginia 22902
Phone 855-275-7378
Fax: 646-873-7521

/s/ Thatcher A. Stone
Thatcher A. Stone
thatcher@stoneandwoodrowlaw.com
Admitted in New York
Admitted in this cause Pro Hac Vice

William T. Woodrow, III
Virginia Bar No. 88122
November 1, 2018

---

[1] The Plaintiffs live in Virginia, left on a Frontier airplane from Virginia, and returned to Virginia.

**CERTIFICATE OF SERVICE**
I hereby certify that on the 1st day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

*ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB No. 23766
Charlson Bredehoft Cohen & Brown, P.C. 11260 Roger Bacon Drive, Suite 201 Reston, VA 20190
(703) 318-6800 Telephone (703) 318-6808 Facsimile ebredehoft@cbcblaw.com
*Counsel for Defendants*
*Frontier Airlines, Inc. and*
*Aircraft Services International, Inc.*


/s/ Thatcher A. Stone

William T. Woodrow, III, Esq.
Thatcher A. Stone, Esq.
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, VA 22902
(855) 275-7378 Telephone
(646) 873-7521 Facsimile
will@stoneandwoodrowlaw.com
thatcher@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*