## ** CIVIL MOTION MINUTES **

Date: 11/2/2018

Time: 10:19 a.m. – 10:36 a.m.

Judge: Ellis
Court Reporter: T. Harris

Civil Action Number: 1:18cv676

Anne Smithers, et al. v. Frontier Air Lines, Inc., et al.

Appearances of Counsel for:  ☒ Plaintiff(s)   ☒ Defendant(s)

Motion to/for:
[30] Motion to Dismiss for Lack of Jurisdiction by Frontier Airlines, Inc.
[33] Motion for Evidentiary Hearing by Anne Smithers.

Argued &
☒ Granted    ☒ Denied    ☐ Granted in Part/Denied in Part
☐ Taken Under Advisement    ☐ Continued to:

The court will deny the motion for evidentiary hearing. The court will grant the motion to dismiss without prejudice with leave to amend the complaint. Services of a magistrate judge will be made available if the parties believe it could be fruitful towards settlement.

☒ Order to follow