IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANNE SMITHERS, *et al.*, ) | |
|     Plaintiffs, ) | |
| v. ) | |
| ) | Case No. 1:18-cv-676 |
| FRONTIER AIRLINES, INC., *et al.*, ) | |
|     Defendants. ) | |
| ) | |

## ORDER

This matter came before the court on defendants' motion to dismiss for lack of personal jurisdiction (Doc. 27).

For the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that plaintiffs' motion for an evidentiary hearing (Doc. 33) is **DENIED**.

It is further **ORDERED** that plaintiffs' amended complaint (Doc. 26) is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that plaintiffs have leave to amend and are directed to file a second amended complaint by 5:00 P.M. on November 7, 2018.

It is further **ORDERED** that defendants are directed that defendants must file an answer or otherwise plead pursuant to Rule 12, Fed. R. Civ. P., to plaintiffs' second amended complaint by 5:00 P.M. on November 14, 2018.

It is further **ORDERED** that the parties are directed to contact the chambers of Magistrate Judge Davis to schedule a prompt settlement conference.

The Clerk is further directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
November 2, 2018

/s/
T. S. Ellis, III
United States District Judge