**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| _____ ) | |
| ANNE SMITHERS, *et al.*                ) | |
|                                        ) | |
|     Plaintiffs,             ) | |
|                                        ) | |
|      v.                ) | C.A. No. 1:18cv676 (TSE/IDD) |
|                                        ) | |
| FRONTIER AIRLINES, INC., *et al.*      ) | |
|                                        ) | |
|     Defendants.             ) | |
| _____ ) | |

**DEFENDANT AIRCRAFT SERVICES INTERNATIONAL, INC.'S**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendant Aircraft Services International, Inc., by counsel, pursuant to Fed. R. Civ. P.

12(b)(2) and 12(b)(6), hereby moves this Court for an Order dismissing the Second Amended

Complaint filed in this action by Plaintiffs Anne Smithers, James Mims, Ross Wiley, Thomas

Wiley, Henry Wiley By His Mother and Next Friend Anne Smithers, and Hanna Del Signore.

The grounds for this Motion are set forth in the accompanying Memorandum.

November 14, 2018                    Respectfully submitted,

                                            */S/ ELAINE CHARLSON BREDEHOFT*
                                            Elaine Charlson Bredehoft, VSB No. 23766
                                            Adam S. Nadelhaft, VSB 91717
                                            David E. Murphy, VSB 90938
                                            Charlson Bredehoft Cohen & Brown, P.C.
                                            11260 Roger Bacon Drive, Suite 201
                                            Reston, VA 20190
                                            (703) 318-6800  Telephone
                                            (703) 318-6808  Facsimile
                                            ebredehoft@cbcblaw.com
                                            anadelhaft@cbcblaw.com
                                            dmurphy@cbcblaw.com

Stephen J. Fearon (Admitted *Pro Hac Vice*)
Bartholomew J. Banino (Admitted *Pro Hac Vice*)
Allison M. Surcouf (Admitted *Pro Hac Vice*)
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
(212) 490-9100  Telephone
(212) 370-4453  Facsimile
SFearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com

*Counsel for Defendant*
*Aircraft Services International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William T. Woodrow, III, Esq.
Thatcher A. Stone, Esq.
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, VA 22902
(855) 275-7378 Telephone
(646) 873-7521 Facsimile
will@stoneandwoodrowlaw.com
thatcher@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB No. 23766
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
*Counsel for Defendant*
*Aircraft Services International, Inc.*

2