**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, December 14, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Aircraft Services International, Inc. will move this Court, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), for an Order dismissing the Second Amended Complaint filed in this action by Plaintiffs Anne Smithers, James Mims, Ross Wiley, Thomas Wiley, Henry Wiley By His Mother and Next Friend Anne Smithers, and Hanna Del Signore.

The grounds for this Motion are set forth in the accompanying Memorandum.

November 14, 2018                    Respectfully submitted,

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB No. 23766
Adam S. Nadelhaft, VSB 91717
David E. Murphy, VSB 90938
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
dmurphy@cbcblaw.com

Stephen J. Fearon (Admitted *Pro Hac Vice*)
Bartholomew J. Banino (Admitted *Pro Hac Vice*)
Allison M. Surcouf (Admitted *Pro Hac Vice*)
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
(212) 490-9100  Telephone
(212) 370-4453  Facsimile
SFearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com

*Counsel for Defendant*
*Aircraft Services International, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

      William T. Woodrow, III, Esq.
      Thatcher A. Stone, Esq.
      Stone & Woodrow LLP
      250 West Main Street, Suite 201
      Lewis & Clark Plaza
      Charlottesville, VA 22902
      (855) 275-7378 Telephone
      (646) 873-7521 Facsimile
      will@stoneandwoodrowlaw.com
      thatcher@stoneandwoodrowlaw.com
      *Counsel for Plaintiffs*


            */S/ ELAINE CHARLSON BREDEHOFT*
            Elaine Charlson Bredehoft, VSB No. 23766
            Charlson Bredehoft Cohen & Brown, P.C.
            11260 Roger Bacon Drive, Suite 201
            Reston, VA 20190
            (703) 318-6800  Telephone
            (703) 318-6808  Facsimile
            ebredehoft@cbcblaw.com
            *Counsel for Defendant*
             *Aircraft Services International, Inc.*