IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| ANNE SMITHERS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT FRONTIER AIRLINES, INC.'S**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendant Frontier Airlines, Inc., by counsel, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(6), hereby moves this Court for an Order dismissing the Second Amended Complaint filed in this action by Plaintiffs Anne Smithers, James Mims, Ross Wiley, Thomas Wiley, Henry Wiley By His Mother and Next Friend Anne Smithers, and Hanna Del Signore.

The grounds for this Motion are set forth in the accompanying Memorandum.

November 14, 2018                                  Respectfully submitted,

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB No. 23766
Adam S. Nadelhaft, VSB 91717
David E. Murphy, VSB 90938
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
dmurphy@cbcblaw.com

        Stephen J. Fearon (Admitted *Pro Hac Vice*)
        Bartholomew J. Banino (Admitted *Pro Hac Vice*)
        Allison M. Surcouf (Admitted *Pro Hac Vice*)
        Condon & Forsyth LLP
        7 Times Square
        New York, NY 10036
        (212) 490-9100  Telephone
        (212) 370-4453  Facsimile
        SFearon@condonlaw.com
        bbanino@condonlaw.com
        asurcouf@condonlaw.com

        *Counsel for Defendant*
        *Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 14th day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        William T. Woodrow, III, Esq.
        Thatcher A. Stone, Esq.
        Stone & Woodrow LLP
        250 West Main Street, Suite 201
        Lewis & Clark Plaza
        Charlottesville, VA 22902
        (855) 275-7378 Telephone
        (646) 873-7521 Facsimile
        will@stoneandwoodrowlaw.com
        thatcher@stoneandwoodrowlaw.com
        *Counsel for Plaintiffs*

        */S/ ELAINE CHARLSON BREDEHOFT*
        Elaine Charlson Bredehoft, VSB No. 23766
        Charlson Bredehoft Cohen & Brown, P.C.
        11260 Roger Bacon Drive, Suite 201
        Reston, VA 20190
        (703) 318-6800  Telephone
        (703) 318-6808  Facsimile
        ebredehoft@cbcblaw.com
        *Counsel for Defendant*
        *Frontier Airlines, Inc.*