**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| ANNE SMITHERS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:18cv676 (TSE/IDD) |
| | ) | |
| FRONTIER AIRLINES, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, December 14, 2018, at 10:00 a.m., or as soon

thereafter as counsel may be heard, Defendant Frontier Airlines, Inc. will move this Court,

pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(6), for an Order dismissing the Second

Amended Complaint filed in this action by Plaintiffs Anne Smithers, James Mims, Ross Wiley,

Thomas Wiley, Henry Wiley By His Mother and Next Friend Anne Smithers, and Hanna Del

Signore.

The grounds for this Motion are set forth in the accompanying Memorandum.

November 14, 2018                                  Respectfully submitted,

                                                   */S/ ELAINE CHARLSON BREDEHOFT*
                                                   Elaine Charlson Bredehoft, VSB No. 23766
                                                   Adam S. Nadelhaft, VSB 91717
                                                   David E. Murphy, VSB 90938
                                                   Charlson Bredehoft Cohen & Brown, P.C.
                                                   11260 Roger Bacon Drive, Suite 201
                                                   Reston, VA 20190
                                                   (703) 318-6800  Telephone
                                                   (703) 318-6808  Facsimile
                                                   ebredehoft@cbcblaw.com
                                                   anadelhaft@cbcblaw.com
                                                   dmurphy@cbcblaw.com

                                                   Stephen J. Fearon (Admitted *Pro Hac Vice*)
                                                   Bartholomew J. Banino (Admitted *Pro Hac Vice*)
                                                   Allison M. Surcouf (Admitted *Pro Hac Vice*)
                                                   Condon & Forsyth LLP
                                                   7 Times Square
                                                   New York, NY 10036
                                                   (212) 490-9100  Telephone
                                                   (212) 370-4453  Facsimile
                                                   SFearon@condonlaw.com
                                                   bbanino@condonlaw.com
                                                   asurcouf@condonlaw.com

                                                   *Counsel for Defendant*
                                                   *Frontier Airlines, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William T. Woodrow, III, Esq.
Thatcher A. Stone, Esq.
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, VA 22902
(855) 275-7378 Telephone
(646) 873-7521 Facsimile
will@stoneandwoodrowlaw.com
thatcher@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB No. 23766
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
*Counsel for Defendant*
 *Frontier Airlines, Inc.*