## ** CIVIL MOTION MINUTES **

Date: 12/14/2018                                   Judge:    **T.S. Ellis, III**
                                                   Reporter: T.Harris

Time:  11:34 a.m. – 11:57 a.m. (00:23)


Civil Action Number:   1:18-cv-00676-TSE-IDD


**SMITHERS et al**

vs.

**FRONTIER AIR LINES, INC. et al**


Appearances of Counsel for        (x) Plaintiff(s): William Woodrow, III, Thatcher Stone
                                  (x) Defendant(s): Elaine Bredehoft, Adam Nadelhaft


Motion to/for:
[37] Defendant Aircraft Services International, Inc.'s Motion to Dismiss the Second Amended Complaint
[40] Defendant's Frontier Airlines, Inc.'s Motion to Dismiss the Second Amended Complaint

Motions heard and argued.  Court ordered Plaintiff may file any pleadings no more than 10 pages by end of business 12/19/2018.
Defense to file response no more than 10 pages by end of business 12/21/2018.
Matter taken under advisement.  Order to follow.