IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANNE SMITHERS, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Case No. 1:18-cv-676 |
| FRONTIER AIRLINES, INC., *et al.*, ) | |
| Defendants. ) | |
| ) | |

### ORDER

This matter came before the court on defendants' motions to dismiss for lack of jurisdiction (Docs. 37, 40).

For the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that the plaintiffs are directed that they may jointly file a sur-reply to defendants' motions to dismiss of ten pages or less by close of business on December 19, 2018.

It is further **ORDERED** that the defendants are directed that they may jointly file a sur-surreply in response to plaintiffs' sur-reply of ten pages or less by close of business on December 21, 2018.

It is further **ORDERED** that this matter is **TAKEN UNDER ADVISEMENT**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
December 14, 2018

/s/
T. S. Ellis, III
United States District Judge