**Certificate of Service**

I hereby certify that on December 19, 2018, I electronically filed a true and correct copy of the Plaintiffs' Sur-Reply Brief, ECF # 48, with the CM/ECF system, which will send a notification of such filing to the following:

Elaine Charlson Bredehoft, VSB No. 23766
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
ebredehoft@cbcblaw.com
Counsel for Defendants
Frontier Airlines, Inc. and
Aircraft Services International, Inc.


Charlottesville, VA        December 19, 2018

By:   /s/ William T. Woodrow_____

William T. Woodrow III, Esq.
Stone & Woodrow LLP
Suite 201, Lewis & Clark Plaza
250 West Main Street
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Telephone +1 855 275 7378/Fax +1 646 873 7529
Stone & Woodrow LLP is a Virginia Registered Limited Liability Partnership
*Counsel for Plaintiffs*