IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Anne Smithers, James Mims,<br>Ross Wiley, Thomas Wiley,<br>Henry Wiley by his Mother and<br>next friend Anne Smithers, Hanna<br>Del Signore,<br><br>                              PLAINTIFFS,<br>VS.<br><br>Frontier Air Lines, Inc., and<br>Aircraft Service International, Inc.,<br><br>                              DEFENDANTS. | Civil Action No.: 1:18cv676 (TSE/IDD)<br><br><br>PLAINTIFFS' SUR-REPLY<br>BRIEF FOLLOWING 12/14/2018<br>HEARING ON DEFENDANTS'<br>MOTIONS TO DISMISS |

**Certificate of Service**

I hereby certify that on December 19, 2018, I electronically filed a true and correct copy of the Plaintiffs' Sur-Reply Brief, ECF # 48, with the CM/ECF system, which will send a notification of such filing to the following:

Elaine Charlson Bredehoft, VSB No. 23766
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
T(703) 318-6800/F (703) 318-6808
ebredehoft@cbcblaw.com
Counsel for Defendants


By:   /s/ William T. Woodrow          Charlottesville, VA       December 19, 2018

William T. Woodrow III, Esq.
Stone & Woodrow LLP
Suite 201, Lewis & Clark Plaza
250 West Main Street
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Telephone +1 855 275 7378/Fax +1 646 873 7529
*Counsel for Plaintiffs*