INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE: <u>Ivan D. Davis</u>

CA- 1:18-cv-676

Anne Smithers, et al

v.

Frontier Air Lines, Inc.

DATE: <u>3/6/2019</u>

TIME: 11:00 a.m. TO 11:55 a.m.

APPEARANCES OF COUNSEL FOR:

(x) PLAINTIFF   (x) DEFENDANT   (  ) PRO SE PLAINTIFF   (  ) PRO SE DEFENDANT

DISCOVERY PLAN:

(  ) APPROVED   (  ) APPROVED IN PART   (x) FILE BY NOON ON 3/8/2019

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

(  ) YES

(  ) CONSENT SIGNED

ADR/SETTLEMENT:

(  ) PENDING   (  ) WILL DISCUSS   (  ) OTHER

(  ) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE