UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____

ANNE SMITHERS and HENRY WILEY by his mother and next friend ANNE SMITHERS

                Plaintiffs,

- against -

FRONTIER AIRLINES INC.

                Defendant.
_____

**Civil Action No. 1:18-cv-00676**

**Motion to Compel**

    **Please take notice** that the Plaintiffs in the above-styled action by their undersigned counsel hereby moves this Honorable Court pursuant to LR 37(a) for an order compelling discovery on the following issues, as further elaborated upon in Plaintiffs' accompanying Memorandum of Points and Authorities in Support of Its Motion:

1. A series of emails between customer service representatives, identified in ¶8 of Defendant's Privilege log, which involved no lawyers and transpired prior to Frontier's notification of pending litigation.
2. Documents pertaining to the litigation in possession of Menzies, who was acting as Frontier's agent and who is contractually obligated as a condition of its indemnity agreement with Frontier to cooperate with Frontier in any litigation arising from its service to Frontier.
3. Frontier completely redacted the passenger manifest (excepting the Plaintiffs' family) and has thus far refused to (or failed to) provide the identity of a passenger who debarked concurrently with Plaintiff Smithers, despite the involvement of this Court with a protective order agreed to in large part for the production of the passenger manifest information.
4. An investigative report created by Doug Hill regarding the co-pilot's alleged insobriety identified by Plaintiffs as referenced on page D-101 of Defendant's production.

**LR 37(e) Statement of Counsel.**

    Plaintiffs' counsel hereby certifies that multiple attempts were made to resolve these discovery disputes, including a phone call between counsel on 3/19/2019, and multiple emails dated 3/21, 3/25, 3/27, 4/01, 4/02. Counsel had a final phone call on 4/4 but were unable to reach agreement on all issues.

1

Dated: Charlottesville, Virginia                                                                 April 5, 2019

                                         /s/ William T. Woodrow

                                     William T. Woodrow III
                                     Stone & Woodrow LLP
                                     250 West Main St., Suite 201
                                     Charlottesville, Virginia 22902
                                     T. 855-275-7378
                                     *Attorneys for Plaintiff*

To:    CHARLSON BREDEHOFT COHEN & BROWN, P.C.
         Elaine Charlson Bredehoft
         11260 Roger Bacon Drive, Suite 201
         Reston, VA 20190
         T. (703) 318-6800
         *Attorneys for Defendant*

## Certificate of Service

      I hereby certify that on the 5th day of April, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      CHARLSON BREDEHOFT COHEN & BROWN, P.C.
      Elaine Charlson Bredehoft
      11260 Roger Bacon Drive, Suite 201
      Reston, VA 20190
      T. (703) 318-6800
      *Attorneys for Defendant*

Charlottesville, VA     April 5, 2019

By:  /s/ William T. Woodrow

      William T. Woodrow III, Esq.
      Stone & Woodrow LLP
      Suite 201, Lewis & Clark Plaza
      250 West Main Street
      Charlottesville, VA 22902
      will@stoneandwoodrowlaw.com
      Telephone +1 855 275 7378/Fax +1 646 873 7529