UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____

ANNE SMITHERS and HENRY WILEY   by his mother and next friend ANNE SMITHERS

       Plaintiffs,

  - against -

FRONTIER AIRLINES INC.

       Defendant.
_____

**Civil Action No.  1:18-cv-00676**

**Waiver of Oral Arguments**

  **Please take notice** that the Plaintiffs in the above-styled action by their undersigned counsel hereby waives oral arguments and requests that their Motion be decided upon the submissions of the parties.  If the Court decides that oral arguments are required, then Plaintiffs request that they be scheduled for April, 12, 2019.

Dated: Charlottesville, Virginia               April 5, 2019

          ___/s/ William T. Woodrow_____

          William T. Woodrow III
          Stone & Woodrow LLP
          250 West Main St., Suite 201
          Charlottesville, Virginia 22902
          T. 855-275-7378
          *Attorneys for Plaintiff*

To: CHARLSON BREDEHOFT COHEN & BROWN, P.C.
   Elaine Charlson Bredehoft
   11260 Roger Bacon Drive, Suite 201
   Reston, VA 20190
   T. (703) 318-6800
   *Attorneys for Defendant*

## Certificate of Service

I hereby certify that on the 5th day of April, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

CHARLSON BREDEHOFT COHEN & BROWN, P.C.
Elaine Charlson Bredehoft
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
T. (703) 318-6800
*Attorneys for Defendant*

Charlottesville, VA        April 5, 2019

By:  /s/ William T. Woodrow
   William T. Woodrow III, Esq.
   Stone & Woodrow LLP
   Suite 201, Lewis & Clark Plaza
   250 West Main Street
   Charlottesville, VA 22902
   will@stoneandwoodrowlaw.com
   Telephone +1 855 275 7378/Fax +1 646 873 7529