UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____

ANNE SMITHERS and HENRY WILEY   by his
mother and next friend ANNE SMITHERS

      Plaintiffs,

  - against -

FRONTIER AIRLINES INC.

      Defendant.
_____

Civil Action No.  1:18-cv-00676

Notice of LR 5(B) Filing Under Seal Filing

  **Please Take Notice** that Plaintiffs are filing certain exhibits under seal in accordance with Local Rule 5(B) and the protective order filed in this action designating the documents in question as confidential.  Exhibits A, B, D,E,F accompanying Plaintiffs Memorandum in Support of Motion to Compel all contain confidential documents provided by Defendant.

Dated:   Charlottesville, Virginia                  April 5, 2019

        ___/s/ William T. Woodrow_____

        William T. Woodrow III
        Stone & Woodrow LLP
        250 West Main St., Suite 201
        Charlottesville, Virginia 22902
        T. 855-275-7378
        *Attorneys for Plaintiff*

To: CHARLSON BREDEHOFT COHEN & BROWN, P.C.
   Elaine Charlson Bredehoft
   11260 Roger Bacon Drive, Suite 201
   Reston, VA 20190
   T. (703) 318-6800
   *Attorneys for Defendant*

<u>**Certificate of Service**</u>

  I hereby certify that on the 5th day of April, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

1

       CHARLSON BREDEHOFT COHEN & BROWN, P.C.
       Elaine Charlson Bredehoft
       11260 Roger Bacon Drive, Suite 201
       Reston, VA 20190
       T. (703) 318-6800
       *Attorneys for Defendant*

Charlottesville, VA     April 5, 2019

By:  /s/ William T. Woodrow_____
    William T. Woodrow III, Esq.
    Stone & Woodrow LLP
    Suite 201, Lewis & Clark Plaza
    250 West Main Street
    Charlottesville, VA 22902
    will@stoneandwoodrowlaw.com
    Telephone +1 855 275 7378/Fax +1 646 873 7529