# ATTACHMENT 1

 

Frontier Airlines ✓

526K people like this including Paige Armpriester and 2 friends

Travel Company

> Seriously over 2 hour delay leaving Colorado to, as we were told, "to get more life jackets" ???? OVER 2 hours??? Maybe it has to do with the co pilot passed out in a wheelchair, and then goes out on the Tarmac to take a picture of his fiancée in front of the plane. While the passengers are still waiting to board! Unbelievable!!! Will be happy to post photos!

Hi Anne, I'm sorry to hear about the way this delay has been

100052



Hi Anne, I'm sorry to hear about the way this delay has been handled. I have contacted the management at the Denver airport so they can step in.
^OJK

Well we are final

Finally boarding



Okay, I'm glad to hear that. I hope you have a nice flight!
^OJK

We still have yet to take off. Over 3 hours late on Christmas. This is really unfair to all the passengers on board and the families.

I'm sorry Anne. Because this

100053



I'm sorry Anne. Because this was a controllable delay, we'll be issuing compensation once the flight departs so that we know exactly how long the delay is. ^OJK

A [?] certainly think everyone would appreciate that as this has been very frustrating to everyone as we have lost hours out of a very special day. We can't get that back from Christmas Day. A [?] am not quite sure as to what the problem is/was but this is quite absurd. As now after over 3 hour delay we have to get fuel. This is unbelievable! At this rate we hope we make it at least salvage some of Christmas!!!

100054

> hour delay we have to get fuel. This is unbelievable! At this rate we hope we make it at least salvage some of Christmas!!! A [?] am sorry to vent on you but A [?] A [?] am not believing this.

That's okay, I would be frustrated in your situation too. It's so tough when there are delays on a holiday, and I sympathize with you since I know you can't make up that missed time. I apologize for the extended delay, and we will definitely get that compensation out to you and all the passengers via email once we depart. If you do not receive it, please feel free to message

100055

 compensation out to you and all the passengers via email once we depart. If you do not receive it, please feel free to message us here again and we will issue it for you. ^OJK

They have pulled me off the flight because A [?] made a complaint this is unbelievable my children are on board



A [?] need someone to call me ASAP

 Please send me your phone number and I'd be happy to call you. ^OJK

100056


8043061051

you. ^OJK

8043061051

Please the dragged me off the plane and my children are on it

MON 10:43 AM

A [?] need to know what is going on

Sent

You    Yes

Q W E R T Y U I O P
A S D F G H J K L

100057