# ATTACHMENT 2

Frontier Airlines: Itineraries [Incident: 171225-000149]                      Page 1 of 3

**From:** Frontier Airlines <frontierairlines@mailca.custhelp.com>
**To:** smithersah <smithersah@aol.com>
**Subject:** Frontier Airlines: Itineraries [Incident: 171225-000149]
**Date:** Thu, Jan 4, 2018 4:35 pm

Recently you contacted us for personal assistance.

Your request and our response is displayed below.

Thank you for allowing us to be of service to you.

Subject
---
Frontier Airlines: Itineraries

Discussion Thread
---
Response Via Email(Roxane) - 01/04/2018 02:35 PM
Hi Anne,

This was forwarded to the Corporate office for handling. Feel free to call me at 720-374-4642 to discuss.

Kindly,

Roxane
Customer Relations Advocate


Customer By Email (Anne Smithers) - 01/04/2018 09:03 AM
Roxane,

Not sure how you got this email? Was it just in a general mailbox or did Grayden forward this to you?

Anne Smithers

Sent from my iPhone

>
>
>
>
>

Response Via Email(Roxane) - 01/03/2018 04:48 PM
Dear Anne,

**100049**

Frontier Airlines: Itineraries [Incident: 171225-000149]	Page 2 of 3

Sorry I am just getting to this email. I realize that it has been a week since your incident occurred, but I'm asking for a day or two to investigate this incident before getting back with you.

I will be in touch shortly,

Best,

Roxane
Customer Relations Advocate


Customer By Email (Anne Smithers) - 01/01/2018 08:35 AM
Juliet , Grayden and Olivia,

It has been one week since this incident occurred. I have YET to hear from your corporate offices. I am not waiting much longer to hear from you. I have given you ample time to solve this absolutely horrendous situation. As of yet, there has been no resolution. I do realize it was a holiday, and I am assuming that corporate offices were spending time with family. A privilege I was not afforded. Your company traumatized not only me but my children. This is a very serious situation for your company and one that is not going away.
I will wait until 5PM tomorrow, January 2, 2018 to hear from your corporate headquarters directly. If I do not hear from your corporate offices by that time, you will leave me no choice but to take this public and go through different avenues. As I stated multiple times in our conversations, this is and will be a Public Relations nightmare.
You have my contact information. You may call me at any time.

Anne Howard Smithers

Sent from my iPhone

>
>
>
>
> <Smithers Itinerary Flight UA1767.PNG>
> <Mims Itinerary Flight UA1767.PNG>

Response Via Email(Grayden) - 12/25/2017 04:44 PM
Hello Anne,

As discussed, your new flight itineraries are as follows:

(https://flyfrontier.custhelp.com/ci/inlineImage/get/389875/3e97d0a92fdd811322f673ff4c3f6ab3)
(https://flyfrontier.custhelp.com/ci/inlineImage/get/389876/3d8bd84fc84287350a508ea565fabe4b)
I have also attached each file as a PNG in case they do not come through in the body.

Kind Regards,

Grayden

100050

Supervisor, Customer Relations
Frontier Airlines


Response Via Email(Juliet) - 12/25/2017 12:18 PM
Hello Anne,

Thank you for calling Frontier Airlines Customer Relations today in regards to your experience at the Denver airport on December 25, 2017. I'm really sorry to hear about the poor service you were provided and that you were unable to travel as planned.

Your description of your experience at the Denver airport is concerning and I can only assure you this is not the type of service we strive to provide. I'm sorry that this happened to you.

I assure you that your situation has been documented and will be forwarded to our management team for further review. Per your request, you will be contacted later on today by one of our supervisors to further discuss your experience.

I apologize again and we look forward to helping you reach a resolution.

Regards,

Juliet
Customer Relations Specialist
Frontier Airlines

Ps. We want your feedback! Fill out our survey and be entered to win 2 FREE round-trip tickets on Frontier airlines valued at $400. Click the link to take the survey:
(https://www.surveymonkey.com/r/J25VSBQ)
*One winner will be selected and notified by email each month. Please provide your name and email address at the end of the survey if you would like to be entered to win.


[---001:003306:62756---]

100051