# Defendant Frontier Airlines, Inc.'s Opposition to Plaintiff's Motion to Compel

# Attachment 3:

**This Attachment is subject to a Motion to Seal and has been submitted for *in camera* inspection, pursuant to the Protective Order entered in this case [Dkt. 61].**