# ATTACHMENT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

---

ANNE SMITHERS and HENRY WILEY

                Plaintiffs,

- against -

FRONTIER AIRLINES INC.

                Defendant.

Civil Action No. 1:18-cv-00676

**PLAINTIFFS' SUPPLEMENTAL RESPONSES TO FRONTIER'S FIRST SETS OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO PLAINTIFFS ANNE SMITHERS AND HENRY WILEY**

---

Plaintiffs ANNE SMITHERS and HENRY WILEY by their attorneys, STONE & WOODROW LLP, pursuant to Federal Rules of Civil Procedure 33 and 34, hereby supplement their Responses to Defendant's First Interrogatories and Requests for Document Production. By doing so, Plaintiffs do not waive or lift any standing objection and incorporate all prior responses and objections to these requests by reference. Plaintiffs offer this supplement rather than standing solely on what Plaintiff believes are valid objections, in a spirit of cooperation and a desire for the Court to clearly understand, if necessary, that the Plaintiffs do not wish to burden it with discovery disputes which are a waste of everyone's time and are not reasonably calculated to produce evidence. As Plaintiffs made clear in their first "meet and confer," Plaintiffs have provided no privilege log because Plaintiffs have withheld no documents. Defendants have all of Plaintiffs' production. As such, the three pages of Defendant's objections to Plaintiffs' discovery addressed herein, do not provide any additional meaningful discovery that was not already within Defendant's possession.

**Smithers Interrogatory Supplement 1**

1.     *Identify fully each witness to (or person you believe possesses any knowledge of) the*

**Wiley Supplement to Requests for Production 14 and 15**

14. *Please produce copies of all medical and/or mental health records for you for the past ten (10) years. Responsive documents include but are not limited to all medical records, prescriptions, diagnoses, prognoses, and medical reports and will include any medical documents or notes from your mental or medical health care providers.*

15. *Please produce documents related to any treatment you have sought or received relating to your asthma within the last ten (10) years. Responsive documents include but are not limited to prescriptions, treatment of asthma (including but not limited to, rescue inhalers, control inhalers, and nebulizers), diagnoses, and medical reports and will include any medical documents or notes from your mental or medical health care providers.*

Plaintiffs provided all relevant hospital records as a courtesy here too. Defendant's subpoenas will supply anything missing, so here too, we are wasting words in a non-conflict.

**Supplements to Requests for Production 4,5,17,29**

4  *Please produce all documents, books, records, notes, tapes, or recordings that refer to, relate to, support, or contradict that either the Pilot, Co-Pilot, captain, or any other employee of Frontier, Menzies, or any official at the Denver International Airport on December 25, 2017, had consumed alcohol, had consumed more than the legally permitted limit of alcohol (including time limitations), or was otherwise impaired in any manner.*

5  *Please produce all documents, books, records, notes, tapes, or recordings that refer to, relate to, support, or contradict the claims and allegations asserted in the in the*

14

*Second Amended Complaint or Frontier's Answer and Grounds of Defense.*

17. *Please produce all affidavits, statements, notes, and other documents sent to, sent by, received from, and/or otherwise captured or obtained by you, relating to any person you believe has knowledge of any facts relating to the claims and defenses in this matter, including anyone you anticipate you may call as a witness at trial, either in person or through deposition testimony.*

29. *Please produce all documents reflecting or relating to any communications you had with anyone during the period of December 25, 2017 to the present relating in any manner to the allegations asserted in the Second Amended Complaint.*

Defendants may "believe" there is more to produce than Plaintiffs have, but there is not.