IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER COMES BEFORE THE COURT upon the Motion of Plaintiffs Anne Smithers and Henry Wiley to compel the production of documents by Defendant Frontier Airlines, Inc., and upon consideration of the papers and argument submitted in this case, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel is **DENIED.**

**SO ORDERED.**

ENTERED this _____ day of April, 2019.

_____
The Honorable Ivan D. Davis
Magistrate Judge, U.S. District Court