## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |  |
|---|---|---|
| ANNE SMITHERS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC. | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO SEAL**

Defendant, by counsel, pursuant to Local Rule 5(c) of the Rules of the United States District Court for the Eastern District of Virginia, respectfully moves this Court to seal Exhibits A, B, D, E, and F to Plaintiff's Memorandum in Support of Plaintiffs' Motion to Compel [Dkt. 63], and Attachments 3 and 4 to Frontier's Opposition to Plaintiffs' Motion to Compel Discovery [Dkt. 67], for the reasons set forth in the accompanying Memorandum in support of this Motion to Seal.

WHEREFORE, Defendant asks that the Court grant its Motion to Seal, and enter the attached Order, sealing the referenced Attachments from public disclosure for the reasons set forth herein.

April 10, 2019

                */s/ DAVID E. MURPHY*_____
Elaine Charlson Bredehoft, VSB No. 23766
Adam S. Nadelhaft, VSB 91717
David E. Murphy, VSB 90938
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
dmurphy@cbcblaw.com


Stephen J. Fearon (Admitted *Pro Hac Vice*)
Bartholomew J. Banino (Admitted *Pro Hac Vice*)
Allison M. Surcouf (Admitted *Pro Hac Vice*)
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
(212) 490-9100  Telephone
(212) 370-4453  Facsimile
SFearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com

*Counsel for Defendant*, *Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Thatcher A. Stone, Esq.
>William T. Woodrow, III, Esq.
>Stone & Woodrow LLP
>250 West Main Street, Suite 201
>Lewis & Clark Plaza
>Charlottesville, Virginia 22902
>Phone: (301) 928-7665
>thatcher@stoneandwoodrowlaw.com
>will@stoneandwoodrowlaw.com
>*Counsel for Plaintiffs*

>*/s/ DAVID E. MURPHY*
>Elaine Charlson Bredehoft, VSB No. 23766
>Adam S. Nadelhaft, VSB 91717
>David E. Murphy, VSB 90938
>Charlson Bredehoft Cohen & Brown, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, VA 20190
>(703) 318-6800 Telephone
>(703) 318-6808 Facsimile
>ebredehoft@cbcblaw.com
>anadelhaft@cbcblaw.com
>dmurphy@cbcblaw.com
>*Counsel for Defendants*
>*Frontier Airlines, Inc.*

3