IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PUBLIC NOTICE OF FILING A MOTION TO SEAL

Plaintiff, by counsel, hereby gives Notice of the Filing of a Motion to seal Exhibits A, B, D, E, and F to Plaintiff's Memorandum in Support of Plaintiffs' Motion to Compel [Dkt. 63], and Attachments 3 and 4 to Frontier's Opposition to Plaintiffs' Motion to Compel Discovery [Dkt. 67], pursuant to the Protective Order entered in this case [Dkt. 61].

Pursuant to Local Rule 5(C), any interested party or non-party may submit memoranda in support of or in opposition to the motion within seven (7) days of the filing of the Motion to Seal, and all or any part of any such memoranda may be designated as confidential. Any person objecting to the Motion must file an objection with the Clerk within seven (7) days after the filing of the Motion to Seal, and if no objections are timely filed, the Court may treat the Motion as uncontested.

April 10, 2019

          */s/ DAVID E. MURPHY*_____
          Elaine Charlson Bredehoft, VSB No. 23766
          Adam S. Nadelhaft, VSB 91717
          David E. Murphy, VSB 90938
          Charlson Bredehoft Cohen & Brown, P.C.
          11260 Roger Bacon Drive, Suite 201
          Reston, VA 20190
          (703) 318-6800  Telephone
          (703) 318-6808  Facsimile
          ebredehoft@cbcblaw.com
          anadelhaft@cbcblaw.com
          dmurphy@cbcblaw.com


          Stephen J. Fearon (Admitted *Pro Hac Vice*)
          Bartholomew J. Banino (Admitted *Pro Hac Vice*)
          Allison M. Surcouf (Admitted *Pro Hac Vice*)
          Condon & Forsyth LLP
          7 Times Square
          New York, NY 10036
          (212) 490-9100  Telephone
          (212) 370-4453  Facsimile
          SFearon@condonlaw.com
          bbanino@condonlaw.com
          asurcouf@condonlaw.com

          *Counsel for Defendant*, *Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Thatcher A. Stone, Esq.
>William T. Woodrow, III, Esq.
>Stone & Woodrow LLP
>250 West Main Street, Suite 201
>Lewis & Clark Plaza
>Charlottesville, Virginia 22902
>Phone: (301) 928-7665
>thatcher@stoneandwoodrowlaw.com
>will@stoneandwoodrowlaw.com
>*Counsel for Plaintiffs*


>*/s/ DAVID E. MURPHY*___
>Elaine Charlson Bredehoft, VSB No. 23766
>Adam S. Nadelhaft, VSB 91717
>David E. Murphy, VSB 90938
>Charlson Bredehoft Cohen & Brown, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, VA 20190
>(703) 318-6800 Telephone
>(703) 318-6808 Facsimile
>ebredehoft@cbcblaw.com
>anadelhaft@cbcblaw.com
>dmurphy@cbcblaw.com
>*Counsel for Defendants*
> *Frontier Airlines, Inc.*

3