# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |
|---|---|
| ANNE SMITHERS, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC. | ) |
| Defendant. | ) |

## WAIVER OF ORAL ARGUMENT

Defendant Frontier Airlines, Inc. ("Frontier"), through undersigned counsel, hereby waives any oral argument on Frontier's Motion to Seal.

April 10, 2019

*/s/ DAVID E. MURPHY*
Elaine Charlson Bredehoft, VSB No. 23766
Adam S. Nadelhaft, VSB 91717
David E. Murphy, VSB 90938
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
dmurphy@cbcblaw.com

Stephen J. Fearon (Admitted *Pro Hac Vice*)
Bartholomew J. Banino (Admitted *Pro Hac Vice*)
Allison M. Surcouf (Admitted *Pro Hac Vice*)
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
(212) 490-9100  Telephone
(212) 370-4453  Facsimile
SFearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com

*Counsel for Defendant, Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Thatcher A. Stone, Esq.
William T. Woodrow, III, Esq.
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, Virginia 22902
Phone:  (301) 928-7665
thatcher@stoneandwoodrowlaw.com
will@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*

/s/ DAVID E. MURPHY___
Elaine Charlson Bredehoft, VSB No. 23766
Adam S. Nadelhaft, VSB 91717
David E. Murphy, VSB 90938
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
dmurphy@cbcblaw.com
*Counsel for Defendant Frontier Airlines, Inc.*

2