IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANNE SMITHERS *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC.. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

This MATTER is before the Court on Defendant's Motion to Seal [Dkt. No. 68]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. With no objection filed pursuant to Local Rule 5(c), it is hereby

**ORDERED** that Defendant's Motion is **GRANTED in part and DENIED in part.** Plaintiff shall redact all monetary amounts, percentages, and bank account information in Attachment 4. All other information is standard contract terms and shall be unsealed. The Motion is denied as to sealing Exhibits A, B, D, E, F, and Attachment 3. Exhibits A and D do not contain sensitive or personal information, only employment contact information is revealed, which is not grounds for sealing. Also, the information forms the basis of the Complaint. Exhibits E and F are email communications comprised of mere inquiries or questions that do not reveal sensitive information. Additionally, some of the information, such as the regulations, are public knowledge. Exhibit B contains general contract terms and language that does not warrant a sealing. Finally, Attachment 3 is a document that is already publicly available.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 22nd day of April 2019.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge