**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING UNSEALED/REDACTED ATTACHMENT**

Pursuant to this Court's Order dated April 22, 2019 [Dkt. 73], Defendant hereby gives notice of filing an unsealed and redacted Attachment 4 to Frontier's Opposition to Plaintiffs' Motion to Compel Discovery [Dkt. 67].

April 23, 2019

Respectfully submitted,

*/s/ DAVID E. MURPHY_____*
Elaine Charlson Bredehoft, VSB 23766
Adam S. Nadelhaft, VSB 91717
Hans H. Chen, VSB 75691
CHARLSON BREDEHOFT
COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
hchen@cbcblaw.com
*Counsel for Plaintiff, Michael Billingsley*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Thatcher A. Stone, Esq.
William T. Woodrow, III, Esq.
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, Virginia 22902
thatcher@stoneandwoodrowlaw.com
will@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*

/s/ DAVID E. MURPHY_____
Elaine Charlson Bredehoft, VSB 23766
Adam S. Nadelhaft, VSB 91717
Hans H. Chen, VSB 75691
CHARLSON BREDEHOFT
COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
ebredehoft@cbcblaw.com
anadelhaft@cbcblaw.com
hchen@cbcblaw.com
*Counsel for Plaintiff, Michael Billingsley*