UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____

| | |
|---|---|
| ANNE SMITHERS and HENRY WILEY by his mother and next friend ANNE SMITHERS | Civil Action No. 1:18-cv-00676 |
| Plaintiffs, | Motion to Strike Defendant's Objections to Scope of 30(b)(6) Testimony, Affirm That Testimony Within the Scope of the Notice is Binding, and to Award Costs for this Motion |
| - against - | |
| FRONTIER AIRLINES INC. | |
| Defendant. | |

_____

    **Please take notice** that the Plaintiffs in the above-styled action by their undersigned counsel hereby move this Honorable Court for an order striking Defendant's objections to Plaintiffs' Notice of 30(b)(6) deposition, affirming that the testimony provided within the scope of Plaintiffs' Notice is binding on the corporation, and to award costs for this motion.  As further elaborated upon in Plaintiffs' accompanying Memorandum of Points and Authorities in Support of Its Motion, the proper way for Defendant to have opposed Plaintiffs' Notice was with a protective order.  Instead, Defendant served lengthy objections on Plaintiffs.  Not only were these objections late to preserve them for later motion practice – more than 15 days after Plaintiffs served their notice on Defendant – but they were, in fact, served while Plaintiffs' counsel was in the air en route to the deposition, leaving Plaintiff with no option but to proceed with the deposition.  As a result, the deposition was extremely hampered by Defendant's attorneys constantly seeking to stand on their improper objections or claiming that the witness was only testifying in his personal capacity.  Plaintiffs consequently seek the costs of this motion.

**LR 37(e) Statement of Counsel.**

    Plaintiffs' counsel hereby certifies that multiple attempts were made at Plaintiffs' 30(b)(6) deposition to resolve this dispute and it was agreed that parties were at an impasse requiring the intervention of the Court.

1

Dated:   Charlottesville, Virginia                                                                                      April 26, 2019

                                    /s/ William T. Woodrow

                                William T. Woodrow III
                                Stone & Woodrow LLP
                                250 West Main St., Suite 201
                                Charlottesville, Virginia 22902
                                T. 855-275-7378
                                *Attorneys for Plaintiff*

To:   CHARLSON BREDEHOFT COHEN & BROWN, P.C.
       Elaine Charlson Bredehoft
       11260 Roger Bacon Drive, Suite 201
       Reston, VA 20190
       T. (703) 318-6800
       *Attorneys for Defendant*

**<u>Certificate of Service</u>**

       I hereby certify that on the 26th day of April, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

       CHARLSON BREDEHOFT COHEN & BROWN, P.C.
       Elaine Charlson Bredehoft
       11260 Roger Bacon Drive, Suite 201
       Reston, VA 20190
       T. (703) 318-6800
       *Attorneys for Defendant*

Charlottesville, VA     April 26, 2019

By:   /s/ William T. Woodrow

      William T. Woodrow III, Esq.
      Stone & Woodrow LLP
      Suite 201, Lewis & Clark Plaza
      250 West Main Street
      Charlottesville, VA 22902
      will@stoneandwoodrowlaw.com
      Telephone +1 855 275 7378/Fax +1 646 873 7529