# EXHIBIT A

| | |
|---|---|
| **From:** | William Woodrow |
| **To:** | Elaine Bredehoft |
| **Cc:** | Thatcher A. Stone |
| **Subject:** | Plaintiff"s Notice of 30(b)(6) Depositions |
| **Date:** | Friday, February 15, 2019 1:14:00 PM |
| **Attachments:** | Plaintiff"s First Notice of 30(b)(6) deposition w wtw.pdf |

Dear Elaine,

Please see attached courtesy copy.

Will

William T. Woodrow III, Esq.
Stone & Woodrow LLP
Suite 201, Lewis & Clark Plaza
250 West Main Street
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com / Telephone +1 855 275 7378/Fax +1 646 873 7529
Admitted in Virginia only
Stone & Woodrow LLP is a Virginia Registered Limited Liabilty Partnership