# EXHIBIT C

| | |
|---|---|
| **From:** | Leslie Hoff |
| **To:** | Thatcher A. Stone; William Woodrow |
| **Cc:** | Elaine Bredehoft; Adam Nadelhaft; David Murphy; "SFearon@condonlaw.com"; "bbanino@condonlaw.com"; "asurcouf@condonlaw.com" |
| **Subject:** | Smithers et al v Frontier Airlines, Inc. |
| **Date:** | Monday, March 4, 2019 4:31:52 PM |
| **Attachments:** | Objections to Plaintiffs Notice of 30(b)(6) Deposition.pdf |

Attached please find Defendant Frontier Airlines, Inc.'s Objections to Plaintiffs' 30(b)(6) Notice of Deposition.

A hard copy follows by mail.

Leslie A. Hoff, Paralegal

CHARLSON BREDEHOFT COHEN & BROWN, P.C.

11260 Roger Bacon Drive, Suite 201

Reston, Virginia  20190

(703) 318-6800  Telephone

(703) 318-6808  Facsimile

www.cbcblaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.