# EXHIBIT E

| | |
|---|---|
| **From:** | William Woodrow |
| **To:** | Adam Nadelhaft; "Elaine Bredehoft" |
| **Cc:** | Thatcher A. Stone |
| **Subject:** | revised 30(b)(6) |
| **Date:** | Thursday, March 21, 2019 5:20:00 PM |
| **Attachments:** | Plaintiff"s First Notice of 30(b)(6) deposition Second Revised.pdf |

Adam,

Please see attached.