# EXHIBIT G

| | |
|---|---|
| **From:** | Elaine Bredehoft |
| **To:** | Thatcher A. Stone; William Woodrow |
| **Cc:** | Adam Nadelhaft; David Murphy |
| **Subject:** | Objections to 30(b)(6) Notice |
| **Date:** | Tuesday, April 16, 2019 5:26:32 PM |
| **Attachments:** | Objections to Plaintiffs Revised Notice of 30(b)(6) Deposition.pdf |

Thatcher and Will: Attached please find the objections to the 30(b)(6) Revised Notice.

Can you please provide me with the call in number for the deposition tomorrow? Thank you. Elaine


Elaine Charlson Bredehoft

Charlson Bredehoft Cohen & Brown, P.C.

11260 Roger Bacon Drive

Suite 201

Reston, VA  20190

(703) 318-6800

(703) 919-2735 (mobile)

(703) 318-6808 (fax)

www.cbcblaw.com