UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____

ANNE SMITHERS and HENRY WILEY by his mother and next friend ANNE SMITHERS

          Plaintiffs,

  - against -

FRONTIER AIRLINES INC.

          Defendant.
_____

Civil Action No. 1:18-cv-00676

**Waiver of Oral Arguments**

    **Please take notice** that the Plaintiffs in the above-styled action by their undersigned counsel hereby waive oral arguments and requests that their Motion be decided upon the submissions of the parties.

Dated:   Charlottesville, Virginia                                                   April 26, 2019

                         ___/s/ William T. Woodrow_____

                         William T. Woodrow III
                         Stone & Woodrow LLP
                         250 West Main St., Suite 201
                         Charlottesville, Virginia 22902
                         T. 855-275-7378
                         *Attorneys for Plaintiff*

To:   CHARLSON BREDEHOFT COHEN & BROWN, P.C.
      Elaine Charlson Bredehoft
      11260 Roger Bacon Drive, Suite 201
      Reston, VA 20190
      T. (703) 318-6800
      *Attorneys for Defendant*

## **Certificate of Service**

      I hereby certify that on the 26th day of April, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    CHARLSON BREDEHOFT COHEN & BROWN, P.C.
    Elaine Charlson Bredehoft
    11260 Roger Bacon Drive, Suite 201
    Reston, VA 20190
    T. (703) 318-6800
    *Attorneys for Defendant*

Charlottesville, VA     April 26, 2019


By:  /s/ William T. Woodrow_____
    William T. Woodrow III, Esq.
    Stone & Woodrow LLP
    Suite 201, Lewis & Clark Plaza
    250 West Main Street
    Charlottesville, VA 22902
    will@stoneandwoodrowlaw.com
    Telephone +1 855 275 7378/Fax +1 646 873 7529