# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |
|---|---|
| ANNE SMITHERS, *et al.* | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | )   C.A. No. 1:18cv676 (TSE/IDD) |
|  | ) |
| FRONTIER AIRLINES, INC. | ) |
|  | ) |
| Defendant. | ) |

### ORDER

THIS MATTER COMES BEFORE THE COURT upon the Motion of Plaintiffs Anne Smithers and Henry Wiley to Strike Defendant's Objections to Plaintiffs' 30(b)(6) Notice, to Affirm That the Noticed Testimony Given is Binding, and for the Costs of this Motion ("Motion to Strike"), and upon consideration of the papers submitted in this case, it is hereby

**ORDERED** that Plaintiffs' Motion to Strike is **DENIED**.

**SO ORDERED.**

ENTERED this _____ day of May, 2019.

_____
The Honorable Ivan D. Davis
Magistrate Judge, U.S. District Court