# EXHIBIT A

# SMITHERS

# VS.

# FRONTIER AIRLINES INC

Deposition

## SHAWN P. CHRISTENSEN

*04/17/2019*

_____

## AB Court Reporting & Video

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Civ. Action No. 1:18cv676 (TSE/IDD)

-----------------------------------------------------------

30(b)(6) DEPOSITION OF FRONTIER AIRLINES, INC., as
given by SHAWN P. CHRISTENSEN
April 17, 2019

-----------------------------------------------------------

ANNE SMITHERS, et al.,

Plaintiffs,

vs.

FRONTIER AIRLINES INC.,

Defendant.

-----------------------------------------------------------
```

1  APPEARANCES:

2  STONE & WOODROW LLP
       By Thatcher Stone, Esq.
3          William T. Woodrow, III, Esq. (via
           videoconference)
4          Suite 201, Louis & Clark Plaza
           250 West Main Street
5          Charlottesville, Virginia 22902
             Appearing on behalf of Plaintiffs.
6
   CHARLSON BREDEHOFT COHEN & BROWN, P.C.
7      By Elaine Charlson Bredehoft, Esq.
           11260 Roger Bacon Drive, Suite 201
8          Reston, Virginia 20190
             Appearing telephonically on behalf of
9          Defendant.

10 CONDON & FORSYTH LLP
       By Bartholomew J. Banino, Esq.
11         7 Times Square
           New York, New York 10036
12           Appearing on behalf of Defendant.

13 Also present:  Anne Smithers, via
                 videoconference
14

15

16

17

18

19

20

21

22

23

24

25

1           All right.  I'd like to go back to just
2   for a minute or two to your preparation for this
3   deposition.
4           Leaving aside whatever documents may have
5   been given to you by the lawyers, did you otherwise
6   review all the documents here at Frontier's
7   headquarters in Denver, in between downtown and the
8   airport?
9           MR. BANINO:  Sorry, are you asking all
10  documents?
11          MR. STONE:  I'm asking what he reviewed,
12  where did he review them, other than the stuff you
13  gave him.
14      A   I reviewed --
15          MR. BANINO:  Asked and answered, but go
16  ahead and answer again.
17      A   I reviewed the documents that I received
18  from counsel.
19      Q   (By Mr. Stone)  You didn't receive
20  anything from anybody else?
21      A   No.
22      Q   You didn't do any independent
23  investigation?
24      A   No.
25      Q   Okay.  You didn't talk to the young lady