# EXHIBIT H

# *SMITHERS*

# *VS.*

# *FRONTIER AIRLINES INC*

### Deposition

### SHAWN P. CHRISTENSEN

*04/17/2019*

_____

## *AB Court Reporting & Video*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Civ. Action No. 1:18cv676 (TSE/IDD)

---------------------------------------------------------

30(b)(6) DEPOSITION OF FRONTIER AIRLINES, INC., as
given by SHAWN P. CHRISTENSEN
April 17, 2019

---------------------------------------------------------

ANNE SMITHERS, et al.,

Plaintiffs,

vs.

FRONTIER AIRLINES INC.,

Defendant.

---------------------------------------------------------
```

```
 1   APPEARANCES:

 2        STONE & WOODROW LLP
               By Thatcher Stone, Esq.
 3                William T. Woodrow, III, Esq. (via
                  videoconference)
 4                Suite 201, Louis & Clark Plaza
                  250 West Main Street
 5                Charlottesville, Virginia 22902
                    Appearing on behalf of Plaintiffs.
 6
          CHARLSON BREDEHOFT COHEN & BROWN, P.C.
 7             By Elaine Charlson Bredehoft, Esq.
                  11260 Roger Bacon Drive, Suite 201
 8                Reston, Virginia 20190
                    Appearing telephonically on behalf of
 9                Defendant.

10        CONDON & FORSYTH LLP
               By Bartholomew J. Banino, Esq.
11                7 Times Square
                  New York, New York 10036
12                  Appearing on behalf of Defendant.

13        Also present:  Anne Smithers, via
                         videoconference
14

15

16

17

18

19

20

21

22

23

24

25
```

*** CONFIDENTIAL ***

1    Q    (By Mr. Stone)  Understood.

2    A    -- the process.

3    Q    About the copilot.

4    A    Opinion, but, yes, at the time we were --

5    Q    Okay.

6    A    -- basing it off the captain.

7    Q    And don't your policies require you to ask
8  the passenger, once the screening's completed, if
9  they feel comfortable going home -- or traveling --
10 pardon me, for going home -- on that flight or not?

11   A    I would need to review the -- the full
12 document.

13   Q    You didn't review those for this
14 proceeding?

15   A    Off the top of my head, I wouldn't be able
16 to answer in that level of detail.  But they would
17 typically give them an opportunity based on the
18 conditions of what occurred.

19   Q    And earlier today I believe you said
20 they'd be given a down-the-line opportunity for a
21 later flight if they felt uncomfortable?

22   A    Potentially, yes.

23   Q    Yeah.  And is there anything --

24   A    Circumstances dependent.  I'm sorry to cut
25 you off.

*** CONFIDENTIAL ***

1  Q    (By Mr. Stone)  Well, did anyone from
2  Frontier ever ask Mrs. Smithers whether she felt
3  comfortable flying on that airplane or did she want
4  to go on a later flight?  Yes or no?
5  A    I don't know.
6  Q    Did you see anything in the record that
7  reflects that Mrs. Smithers was asked did she want
8  to go on that flight or a later flight?  Yes or no?
9       MS. BREDEHOFT:  I'm going to object.
10 Again, it's outside the topic area.
11      MR. BANINO:  And so if you know in your
12 personal capacity whether that happened --
13      MR. STONE:  Well, not in your personal
14 capacity.  Here for this deposition.  The judge will
15 decide whether it's 30(b)(6) or whether it's
16 personal.  And this is all part of throwing Smithers
17 off the airplane.
18 Q    (By Mr. Stone)  So do you know, was she
19 given that choice?
20      MR. BANINO:  Wait, wait, wait, wait.  I'm
21 sorry.
22      You're asking questions about what
23 happened after she was taken off the flight.
24 Q    (By Mr. Stone)  I'm asking questions after
25 she accused --

*** CONFIDENTIAL ***

1     MR. BANINO:  After she was taken off the
2  flight.
3     Q    (By Mr. Stone)  -- a pilot -- the copilot
4  in her Tweet, which clearly says copilot, of being
5  inebriated, and a test was conducted by the GSC and
6  the other sobriety people, who you have haven't
7  identified because you don't know, and that's okay.
8     A    And I'd -- just referred to my notes.
9     Q    Yeah, yeah, yeah.
10          Was Mrs. Smithers, after that sobriety
11 test was administered, given the chance to take that
12 flight or a different flight?
13         MR. BANINO:  Again, the objection is
14 outside the scope.
15         MS. BREDEHOFT:  And, again, this is
16 outside the scope.
17         MR. STONE:  Yeah, yeah, yeah.  I have your
18 objection.  We don't agree.
19         MR. BANINO:  Thatcher, please -- please
20 take the objections seriously and --
21         MR. STONE:  I take the objections --
22         MR. BANINO:  -- either rephrase your
23 question --
24         MR. STONE:  -- seriously.  Let's move on.
25     A    I -- I don't know.