**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| ANNE SMITHERS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC. | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR STAY OF PROCEEDINGS

Plaintiffs Anne Smithers and Henry Wiley, and Defendant Frontier Airlines, Inc., by and through the undersigned counsel, hereby move this Court for an Order staying the proceedings in this matter for 30 days, pending the finalization of the terms of a settlement reached between the parties. All parties consent to the relief requested and join in this Motion, as evidenced by counsel's signature below.

The parties entered into a Settlement Agreement, the terms of which are confidential, which was fully executed by all parties as of May 30, 2019. However, certain terms need to be satisfied prior to the submission of a Stipulation of Dismissal, and while the parties are trying to expedite the performance of these terms, it is estimated that it could take up to thirty (30) days to fulfill prior to the submission of an Order of Dismissal.

Meanwhile, there are a number of deadlines that pass during this time under the terms fo this Court's Scheduling Order, including the filling of dispositive motions (June 4, 2019) and the pre-trial conference with submission of trial exhibits and witnesses (June 27, 2019). Because the parties believe in good faith that the terms will be satisfied and the parties will be submitting a

2

Stipulation of Dismissal, the parties would like to avoid the expense associated with moving forward with the litigation during this time.

WHEREFORE, the parties respectfully request this Court to stay these proceedings for 30 days, until July 3, 2019 to allow for full and complete performance of terms contained in the Settlement Agreement by all parties and the submission of a Stipulation of Dismissal.

Respectfully submitted this 3rd day of June, 2019

| | |
|---|---|
| */s/ ELAINE CHARLSON BREDEHOFT*<br>Elaine Charlson Bredehoft, VSB No. 23766<br>Adam S. Nadelhaft, VSB 91717<br>David E. Murphy, VSB 90938<br>Charlson Bredehoft Cohen & Brown, P.C.<br>11260 Roger Bacon Drive, Suite 201<br>Reston, VA 20190<br>(703) 318-6800  Telephone<br>(703) 318-6808  Facsimile<br>ebredehoft@cbcblaw.com<br>anadelhaft@cbcblaw.com<br>dmurphy@cbcblaw.com<br><br>Stephen J. Fearon (Admitted *Pro Hac Vice*)<br>Bartholomew J. Banino (Admitted *Pro Hac Vice*)<br>Allison M. Surcouf (Admitted *Pro Hac Vice*)<br>Condon & Forsyth LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 490-9100  Telephone<br>(212) 370-4453  Facsimile<br>SFearon@condonlaw.com<br>bbanino@condonlaw.com<br>asurcouf@condonlaw.com<br><br>*Counsel for Defendant, Frontier Airlines, Inc.* | */s/ WILLIAM T. WOODROW III*<br>William T. Woodrow III, Esquire<br>Virginia State Bar No. 88122<br>Thatcher A. Stone, Esq.<br>(*Pro Hac Vice*)<br>250 West Main Street, Suite 201<br>Lewis & Clark Plaza<br>Charlottesville, VA 22903<br>Stone & Woodrow LLP<br>will@stoneandwoodrowlaw.com<br>(855) 275-7378 (p)<br><br>*Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd[t] day of June 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>William T. Woodrow, III, Esq.
>Thatcher A. Stone, Esq.
>Stone & Woodrow LLP
>250 West Main Street, Suite 201
>Lewis & Clark Plaza
>Charlottesville, VA 22902
>(855) 275-7378 Telephone
>(646) 873-7521 Facsimile
>will@stoneandwoodrowlaw.com
>thatcher@stoneandwoodrowlaw.com
>*Counsel for Plaintiffs*

>*/S/ ELAINE CHARLSON BREDEHOFT*
>Elaine Charlson Bredehoft, VSB No. 23766
>Charlson Bredehoft Cohen & Brown, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, VA 20190
>(703) 318-6800  Telephone
>(703) 318-6808  Facsimile
>ebredehoft@cbcblaw.com
>*Counsel for Defendant*
>*Frontier Airlines, Inc.*

4