# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|   |   |   |
|---|---|---|
| ANNE SMITHERS, *et al.* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | C.A. No. 1:18cv676 (TSE/IDD) |
| FRONTIER AIRLINES, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

**THIS MATTER COMES BEFORE THE COURT** on the Joint Motion filed by Plaintiffs Anne Smithers and Henry Wiley, and Defendant Frontier Airlines, Inc., requesting a stay of the proceedings until July 3, 2019, and upon the papers submitted; and it is hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** that this matter is hereby **STAYED** until Wednesday, July 3, 2019.

**SO ORDERED**.

ENTERED this ___ day of June 2019.

_____
The Honorable T.S. Ellis, III
United States District Court Judge