# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF ORAL ARGUMENT

Plaintiffs Anne Smithers and Henry Wiley, and Defendant Frontier Airlines, Inc., hereby waive oral argument on their Joint Motion for a Stay of Proceedings.

Respectfully submitted this 3rd day of June, 2019

| | |
|---|---|
| */s/ ELAINE CHARLSON BREDEHOFT* | */s/ WILLIAM T. WOODROW III* |
| Elaine Charlson Bredehoft, VSB No. 23766 | William T. Woodrow III, Esquire |
| Adam S. Nadelhaft, VSB 91717 | Virginia State Bar No. 88122 |
| David E. Murphy, VSB 90938 | Thatcher A. Stone, Esq. |
| Charlson Bredehoft Cohen & Brown, P.C. | (*Pro Hac Vice*) |
| 11260 Roger Bacon Drive, Suite 201 | 250 West Main Street, Suite 201 |
| Reston, VA 20190 | Lewis & Clark Plaza |
| (703) 318-6800  Telephone | Charlottesville, VA 22903 |
| (703) 318-6808  Facsimile | Stone & Woodrow LLP |
| ebredehoft@cbcblaw.com | will@stoneandwoodrowlaw.com |
| anadelhaft@cbcblaw.com | (855) 275-7378 (p) |
| dmurphy@cbcblaw.com | |
| | *Counsel for Plaintiffs* |

| | |
|---|---|
| Stephen J. Fearon (Admitted *Pro Hac Vice*)<br>Bartholomew J. Banino (Admitted *Pro Hac Vice*)<br>Allison M. Surcouf (Admitted *Pro Hac Vice*)<br>Condon & Forsyth LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 490-9100  Telephone<br>(212) 370-4453  Facsimile<br>SFearon@condonlaw.com<br>bbanino@condonlaw.com<br>asurcouf@condonlaw.com<br><br>*Counsel for Defendant, Frontier Airlines, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> William T. Woodrow, III, Esq.
> Thatcher A. Stone, Esq.
> Stone & Woodrow LLP
> 250 West Main Street, Suite 201
> Lewis & Clark Plaza
> Charlottesville, VA 22902
> (855) 275-7378 Telephone
> (646) 873-7521 Facsimile
> will@stoneandwoodrowlaw.com
> thatcher@stoneandwoodrowlaw.com
> *Counsel for Plaintiffs*

> */S/ ELAINE CHARLSON BREDEHOFT*
> Elaine Charlson Bredehoft, VSB No. 23766
> Charlson Bredehoft Cohen & Brown, P.C.
> 11260 Roger Bacon Drive, Suite 201
> Reston, VA 20190
> (703) 318-6800  Telephone
> (703) 318-6808  Facsimile
> ebredehoft@cbcblaw.com
> *Counsel for Defendant*
> *Frontier Airlines, Inc.*