IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANNE SMITHERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

**THIS MATTER COMES BEFORE THE COURT** on the Joint Motion filed by Plaintiffs Anne Smithers and Henry Wiley, and Defendant Frontier Airlines, Inc., requesting a stay of the proceedings until July 3, 2019, and upon the papers submitted; and it is hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** that this matter is hereby **STAYED** until Wednesday, July 3, 2019.

**SO ORDERED.**

ENTERED this 3rd day of June 2019.

The Honorable T.S. Ellis, III
United States District Court Judge