## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |  |
|---|---|---|
| ───────────────────────────── | ) | |
| ANNE SMITHERS, *et al.* | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | C.A. No. 1:18cv676 (TSE/IDD) |
|  | ) | |
| FRONTIER AIRLINES, INC. | ) | |
|  | ) | |
| Defendant. | ) | |
| ───────────────────────────── | ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Anne Smithers and Henry Wiley,

and Defendant Frontier Airlines, Inc., by and through their respective counsel, hereby consent

and stipulate to the dismissal of this case, with prejudice.

**SO STIPULATED.**

July 4, 2019                          Respectfully submitted,

*/S/ WILLIAM T. WOODROW*
William T. Woodrow, III,VSB 88122
Thatcher A. Stone (admitted *pro hace vice*)
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, VA 22902
(855) 275-7378 Telephone
(646) 873-7521 Facsimile
thatcher@stoneandwoodrowlaw.com
will@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*

*/S/ ELAINE CHARLSON BREDEHOFT*
Elaine Charlson Bredehoft, VSB 23766
David E. Murphy, VSB 90938
CHARLSON BREDEHOFT
 COHEN & BROWN, P.C.
11260 Roger Bacon Drive, #201
Reston, VA  20190
(703) 318-6800 Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
dmurphy@cbcblaw.com
*Counsel for Defendants Frontier Airlines, Inc.*

Stephen J. Fearon (Admitted *Pro Hac Vice*)
Bartholomew J. Banino (Admitted *Pro Hac Vice*)
Allison M. Surcouf (Admitted *Pro Hac Vice*)
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100 Telephone
(212) 370-4453 Facsimile
sfearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com
*Counsel for Defendants Frontier Airlines, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Elaine Charlson Bredehoft, VSB 23766
David E. Murphy, VSB 90938
CHARLSON BREDEHOFT
  COHEN & BROWN, P.C.
11260 Roger Bacon Drive, #201
Reston, VA  20190
(703) 318-6800 Telephone
(703) 318-6808  Facsimile
ebredehoft@cbcblaw.com
dmurphy@cbcblaw.com
*Counsel for Defendants Frontier Airlines, Inc.*

Stephen J. Fearon (Admitted *Pro Hac Vice*)
Bartholomew J. Banino (Admitted *Pro Hac Vice*)
Allison M. Surcouf (Admitted *Pro Hac Vice*)
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100 Telephone
(212) 370-4453 Facsimile
sfearon@condonlaw.com
bbanino@condonlaw.com
asurcouf@condonlaw.com
*Counsel for Defendants Frontier Airlines, Inc.*

/S/ WILLIAM T. WOODROW
William T. Woodrow, III,VSB 88122
Thatcher A. Stone (admitted *pro hace vice*)
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, VA 22902
(855) 275-7378 Telephone
(646) 873-7521 Facsimile
thatcher@stoneandwoodrowlaw.com
will@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*