IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANNE SMITHERS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:18cv676 (TSE/IDD) |
| ) | |
| FRONTIER AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Anne Smithers and Henry Wiley, and Defendant Frontier Airlines, Inc., by and through their respective counsel, hereby consent and stipulate to the dismissal of this case, with prejudice.

**SO STIPULATED.**

July 4, 2019                    Respectfully submitted,

/S/ WILLIAM T. WOODROW
William T. Woodrow, III, VSB 88122
Thatcher A. Stone (admitted *pro hace vice*)
Stone & Woodrow LLP
250 West Main Street, Suite 201
Lewis & Clark Plaza
Charlottesville, VA 22902
(855) 275-7378 Telephone
(646) 873-7521 Facsimile
thatcher@stoneandwoodrowlaw.com
will@stoneandwoodrowlaw.com
*Counsel for Plaintiffs*

So Ordered
[signature] 7/8/19
T. S. Ellis, III
United States District Judge